UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT DOUZAT, et al., | Case No. 2:16-CV-2578 JCM (PGWF |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| NEVADA RESTAURANT SERVICE, INC. dba DOTTY'S, et al., | |
| Defendant(s). | |

Presently before the court is Kristen A. Milton's ("petitioner") verified petition for permission to practice in this case only by attorney not admitted to the bar of this court and designation of local counsel. (ECF No. 16).[1]

Pursuant to Local Rule IA 11-2(h), "[a]bsent special circumstances and a showing of good cause, repeated appearances by any attorney under this rule will be cause for denial of the attorney's verified petition." LR IA 11-2(h). Further, excessive use of this rule is presumed for any attorney in civil cases making more than five (5) appearances under this rule within a three-year period. LR IA 11-2(h)(1). The attorney has the burden to establish special circumstances and good cause for an appearance in excess of this limitation and must do so in an affidavit attached to the original verified petition. LR IA 11-2(h)(2).

Petitioner has filed five (5) applications in 2016 to appear as counsel under this rule, all of which were granted. (ECF No. 16 at 2). Petitioner has failed to attach an affidavit to the instant

---

[1] Petitioner has been retained by defendant Nevada Restaurant Services, Inc. (ECF No. 16 at 1).

**James C. Mahan**
**U.S. District Judge**

1  petition setting forth special circumstances and good cause for this sixth appearance, as required
2  by the local rules.  Thus, the court will deny the instant verified petition.
3       Accordingly,
4       IT IS HEREBY ORDERED that Ms. Milton's verified petition for permission to practice
5  in this case (ECF No. 16) be, and the same hereby is, DENIED.
6       DATED February 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -