1  Lisa A. McClane, Nevada Bar No. 10139
   Lisa.McClane@jacksonlewis.com
2  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Pkwy, Suite 600
3  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
4  Fax: (702) 921-2461
   *Attorneys for Defendant Dotty's*
5
6
7                    UNITED STATES DISTRICT COURT
8                         DISTRICT OF NEVADA
9
10 ROBERT DOUZAT and DANNY SHARPE,          CASE NO: 2:16-cv-02578-JCM-GWF
11                Plaintiff,
        vs.
12 NEVADA RESTAURANT SERVICES,              **STIPULATION TO DISMISS**
   INC., dba DOTTY's, an entity, form       **PLAINTIFF DANNY SHARPE'S**
13 unknown DOE INDIVIDUALS 1-300; and       **CLAIMS WITH PREJUDICE**
   ROE BUSINESSES or GOVERNMENTAL
14 ENTITIES 1-300, inclusive
15                Defendant.

16      Plaintiff Danny Sharpe and Defendant NEVADA RESTAURANT SERVICES, INC., dba

17 DOTTY'S ("Defendant"), by and through their respective attorneys, hereby stipulate and agree

18 / / /

19 / / /

20 / / /

that Plaintiff Danny Sharpe's claims should be dismissed with prejudice, with each party being responsible for his/its own attorneys' fees and costs.

Dated this 13th day of March, 2017.

| LAW OFFICE OF PHILIP J. TRENCHAK, ESQ. P.C. | JACKSON LEWIS, P.C. |
|---|---|
| /s/ Philip J. Trenchak | /s/ Lisa A. McClane |
| Philip J. Trenchak, Nevada State Bar #9924 | Lisa A. McClane, Nevada State Bar 10139 |
| 1212 S. Casino Center Blvd. | 3800 Howard Hughes Parkway, Suite 600 |
| Las Vegas, NV 89104 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff Danny Sharpe and Robert Douzat* | *Attorneys for Defendant Dotty's* |

IT IS SO ORDERED.

/s/ James C. Mahan
J. S. District Court Judge

Dated: March 17, 2017

4842-4145-6709, v. 1