# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROBERT DOUZAT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC. dba Dotty's, *et al.*,<br><br>　　　　　Defendant. | 2:16-cv-02578-JCM-VCF<br><br>**ORDER**<br><br>MOTION TO COMPEL AND EXTEND DISCOVERY [ECF NO. 29] AND COUNTERMOTION FOR PROTECTIVE ORDER [ECF NO. 32] |

　　　　Before the Court are Plaintiff Robert Douzat's Motion to Compel Defendant to Respond to Discovery Requests and Motion to Extend Discovery Deadline (ECF No. 29) and Defendant Nevada Restaurant Services' ("Dotty's") Countermotion for Protective Order to preclude the Deposition of Craig Estey (ECF No. 32).

　　　　IT IS HEREBY ORDERED that a hearing on the Motion to Compel and Extend Discovery Deadline (ECF No. 29) and Countermotion for Protective Order (ECF No. 32) is scheduled for 11:00 AM, March 9, 2018, in Courtroom 3D.

　　　　IT IS FURTHER ORDERED that the parties will meet and confer pursuant to Federal Rule of Civil Procedure 37(a)(1) regarding Defendant's responses to Plaintiff's November 6, 2017 Requests for Documents and Interrogatories prior to the hearing. The Court will rule on all remaining conflicts regarding the written discovery and the proposed depositions at the hearing.

1　　　　IT IS FURTHER ORDERED that the dispositive motion deadline currently set for February 26,

2　2018 is hereby vacated.  The deadline to file dispositive motions and the joint pretrial order will be set at

3　the hearing.

5　　　　DATED this 26th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE