# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT DOUZAT,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.<br>dba Dotty's, *et al.*,<br><br>    Defendant. | 2:16-cv-02578-JCM-VCF<br><br>**MINUTE ORDER** |

Before the Court are Plaintiff Robert Douzat's Motion to Compel Defendant to Respond to Discovery Requests and Motion to Extend Discovery Deadline (ECF No. 29) and Defendant Nevada Restaurant Services' ("Dotty's") Countermotion for Protective Order to preclude the Deposition of Craig Estey (ECF No. 32). Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the hearing on the Motion to Compel and Extend Discovery Deadline (ECF No. 29) and Countermotion for Protective Order (ECF No. 32) scheduled for 11:00 AM, March 9, 2018 is **RESCHEDULED to 1:00 PM, March 9, 2018**, in Courtroom 3D.

DATED this 7th day of March, 2018.

                                                          CAM FERENBACH<br>                                                          UNITED STATES MAGISTRATE JUDGE