Kirsten A. Milton, Nevada Bar No. 14401
Kirsten.Milton@jacksonlewis.com
Lisa A. McClane, Nevada Bar No. 10139
Lisa.McClane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VCF

| | |
|---|---|
| ROBERT DOUZAT,<br><br>Plaintiff,<br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., dba DOTTY's, an entity, form unknown DOE INDIVIDUALS 1-300; and ROE BUSINESSES or GOVERNMENTAL ENTITIES 1-300, inclusive<br><br>Defendant. | CASE NO: 2:16-cv-02578-JCM-~~GWF~~<br><br>**STIPULATION AND ORDER TO VACATE HEARING ON MOTION TO COMPEL AND COUNTERMOTION FOR PROTECTIVE ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate and request that the Court vacate the hearing on Plaintiff's Motion to Compel (ECF No. 29) and Defendant's Countermotion for Protective Order (ECF No. 32) currently scheduled for March 9, 2018 at 1:00

p.m. as the parties have reached a confidential resolution of this matter. The parties are currently in the process of memorializing their agreement and once that is complete will file the requisite dismissal documents with the Court.

Dated this 8th day of March, 2018.

JACKSON LEWIS, P.C.

/s/Dan J. Lovell
Philip J. Trenchak, Bar #9924
Dan J. Lovell, Bar #9618
1212 S. Casino Center Blvd.
Las Vegas, NV 89104

*Attorneys for Plaintiff Robert Douzat*

/s/ Lisa A. McClane
Kirsten A. Milton, Bar #14401
Lisa A. McClane, Bar #10139
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Dotty's*

**IT IS SO ORDERED.**

U. S. ~~District Court~~ Judge
   Magistrate
Dated: 3-8-2018

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, September 5, 2018, in Courtroom 3D.