# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROBERT DOUZAT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-02578-JCM-VCF<br>**ORDER** |

　　Before the Court are the Motion to Compel Defendant to Respond to Discovery Requests and Motion to Extend Discovery Deadline (ECF No. 29) and Motion for Protective Order (ECF No. 32).

　　The court has been informed that the parties have reached a settlement. (ECF No. 40).

　　Accordingly,

　　IT IS HEREBY ORDERED that Motion to Compel Defendant to Respond to Discovery Requests and Motion to Extend Discovery Deadline (ECF No. 29) and Motion for Protective Order (ECF No. 32) are DENIED without prejudice.

　　DATED this 13th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE